# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 3:10cr00032-4** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **MELISSA PUTNAM.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that the Clerk is **DIRECTED** to **RE-CLASSIFY** Putnam's motion (Docket No. 334) as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and **CORRECT** the docket to reflect such; Putnam's § 2255 motion is **DISMISSED**; and this case is **STRICKEN** from the active docket of the court.

Further, finding that Putnam has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 15th day of February, 2013.

_Norman K Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE